395 A.2d 984

Green, Appellant, v. Sun Oil Company of Pennsylvania et al.

Argued September 12, 1978. E. Morris, with him Raymond M. Victor, for appellant; Lowell A. Reed, Jr., for appellees.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.